# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRI ALLEN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-2357** |
| **v.** | : | |
| | : | |
| **CAREERS USA, INC.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 23ʳᵈ day of June 2021, upon consideration of Defendants' *motions to dismiss or, in the alternative, to transfer venue*, [ECF 19, 20], Plaintiff's response in opposition thereto, [ECF 24], and Defendants' replies, [ECF 32, 33], and the allegations contained in the amended complaint, [ECF 11], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

(1) the claims against Defendant CareersUSA Philadelphia LLC are **DISMISSED** for lack of service pursuant to Federal Rule of Civil Procedure 4; and

(2)  the motions to transfer venue are **GRANTED**, and the Clerk of Court is directed to **TRANSFER** this matter to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §1404(a).

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*